

# THE COURT OF APPEALS OF THE STATE OF WASHINGTON
## DIVISION ONE

| | | |
|---|---|---|
| IN RE THE DETENTION OF J.S., | ) ) | No. 77220-1-I |
| Petitioner, | ) ) ) | |
| and | ) ) | |
| FAIRFAX HOSPITAL, | ) ) | UNPUBLISHED OPINION |
| Respondent. | ) ) | FILED: APR 1 6 2018 |

PER CURIAM — In this appeal from a 14-day involuntary commitment order, petitioner J.S. contends, and respondent Fairfax Hospital concedes, that the State failed to prove J.S. was gravely disabled as defined in RCW 71.05.020(17). We accept the concession and remand with directions to vacate the commitment order.

Remanded.

FOR THE COURT: